Diane L. Balma, SBN: 155128
Alan M. Laskin, SBN: 148858
Christopher O. Holleran, SBN: 330428
LASKIN BALMA ATTORNEYS AT LAW
2150 River Plaza Drive, Suite 270
Sacramento, CA 95833
Tel: (916) 329-9010
Fax: (916) 442-0444
cholleran@laskinlaw.com

Attorneys for Plaintiffs
LILA JESSIKA PETKER AND SEDONA PETKER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILA JESSIKA PETKER AND SEDONA PETKER,<br><br>Plaintiffs,<br><br>vs<br><br>UNITED STATES OF AMERICA, AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-00317-JAM-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR EXPERT DISCLOSURE, SUPPLEMENTAL/REBUTTAL EXPERT DISCLOSURE, AND CLOSE OF DISCOVERY** |

    The Court has reviewed the Parties' stipulation, by and among Plaintiffs, LILA JESSIKA PETKER and SEDONA PETKER (hereinafter collectively referred to as "Plaintiffs"), and Defendant, United States of America (hereinafter referred to as "USA"), through their respective attorneys of record, hereby respectfully submit the below stipulation to continue deadlines for expert disclosure, supplemental expert disclosure, and close of discovery, and upon a showing of good cause, issues the following Order:

1. The Deadline for Expert Witness Disclosure is extended to **December 31, 2024**;

2. The Deadline for Supplemental/Rebuttal Expert Witness Disclosure is extended to **January 17, 2025**; and

3. The Deadline to complete all discovery is extended to **February 21, 2025**.

**IT IS SO ORDERED.**

Dated: December 11, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE