```
ERIC GRANT
United States Attorney
JEFFREY J. LODGE
KELLI L. TAYLOR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov
```

Attorneys for Defendant United States

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILA JESSIKA PETKER; SEDONA PETKER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:23-cv-00317-JAM-CKD<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date: October 3, 2025<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 26<br>Hon.  Allison Claire |

    Defendant United States and Plaintiffs Lila Jessika Petker and Sedona Petker, by and through their respective counsel, submit this stipulation to continue the settlement conference from October 3, 2025, to January 6, 2026, at 9:00 a.m. as follows:

    1.    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored by Congress.

    2.    Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.

3. Undersigned counsel for the Department of Justice therefore requests and counsel for Plaintiffs agrees to continue the settlement conference from October 3, 2025, to January 6, 2026, at 9:00 a.m. or until Congress has restored appropriations to the Department.

Respectfully submitted,

Dated: October 1, 2025

ERIC GRANT
UNITED STATES ATTORNEY

/s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the United States

Dated: October 1, 2025

LASKIN BALMA, ATTORNEYS AT LAW

(As authorized 10/01/2025 )

/s/ Christopher O. Holleran
CHRISTOPHER O. HOLLERAN
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Good cause being established, the stipulation for extension of time is granted. The to continue the settlement conference from October 3, 2025, to January 6, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 1, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE