Diane L. Balma, SBN: 155128
Alan M. Laskin, SBN: 148858
Christopher O. Holleran, SBN: 330428
LASKIN BALMA ATTORNEYS AT LAW
2150 River Plaza Drive, Suite 270
Sacramento, CA 95833
Tel: (916) 329-9010
Fax: (916) 442-0444
cholleran@laskinlaw.com

Attorneys for Plaintiffs, LILA JESSIKA PETKER and SEDONA PETKER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILA JESSIKA PETKER; SEDONA PETKER,<br><br>Plaintiffs,<br><br>vs<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:23-cv-00317-JAM-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

TO THE COURT, PLEASE TAKE NOTICE:

Plaintiffs Lila Jessika Petker and Sedona Petker and Defendant United States of America, by and through their undersigned counsel, jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

DATED: January 28, 2026          LASKIN BALMA ATTORNEYS AT LAW


By: _/s/_____
　　Christopher O. Holleran
　　Attorneys for Plaintiffs
　　LILA JESSIKA PETKER
　　SEDONA PETKER

DATED: January 26, 2026          UNITED STATES ATTORNEY


By: __/s/_____
　　Jeffrey J. Lodge
　　Attorney for Defendant
　　UNITED STATES OF AMERICA

1

STIPULATION OF DISMISSAL WITH PREJUDICE; [proposed] ORDER THEREON

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has reviewed the Parties' stipulation, by and among Plaintiffs, LILA JESSIKA PETKER  and SEDONA PETKER, and Defendant, UNITED STATES OF AMERICA, through their respective attorneys of record, and issues the following Order:

1.  The case is **DISMISSED with prejudice**.

2.  Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2
STIPULATION OF DISMISSAL WITH PREJUDICE; [proposed] ORDER THEREON